IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANTHONY L. TOTTEN,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT RAWERS, WARDEN,<br><br>    Respondent. | No. C 07-5974 THE (PR)<br><br>[PROPOSED] ORDER |
|---|---|

This Court considered Respondent's Request for an Extension of Time to File Initial Response and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to File Initial Response is **GRANTED**; Respondent shall file a motion or answer by **July 25, 2008**. If Petitioner wants to respond, he shall file his response within thirty days of the date he receives the motion or answer.

Dated: _____

THELTON E. HENDERSON
United States District Judge