IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. TOTTEN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SCOTT RAWERS, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C 07-05974 TEH (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(Docket no. 4) |

　　　　On November 27, 2007, Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the 2006 California Board of Parole Hearings' decision to deny him parole. On March 27, 2008, the Court issued an order to show cause why the petition should not be granted. On May 22, 2008, Respondent filed a request for an extension of time by which to file an answer.

　　　　Good cause appearing, Respondent's Request for an Extension of Time to File Initial Response is GRANTED (docket no. 4). Respondent shall file an answer by July 25, 2008. Petitioner may file and serve a traverse within thirty days of the date he receives the answer.

SO ORDERED.

DATED: 　07/01/08　

　　　　　　　　　　　　　　　　　　　　*(signature)*
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge