# EXHIBIT D

RECEIVED IN CRIMINAL DOCKETING

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

COURT OF APPEAL 4TH DIST DIV 3
FILED
JUL 12 2007
Deputy Clerk_____

| In re ANTHONY TOTTEN on Habeas Corpus. | G038879 <br> (Super. Ct. No. M11277) <br> O R D E R |
|---|---|

THE COURT:*

The petition for a writ of habeas corpus is DENIED.



RYLAARSDAM, ACTING P. J.

* Before Rylaarsdam, Acting P. J., O'Leary, J., and Ikola, J.

COPY

G038879
Totten v. The Superior Court of California, County of Orange et al.

Superior Court of Orange County

Appellate Defender's, Inc.
District Attorney
Department of Corrections

Anthony Totten
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

The Superior Court of California, County of Orange
Attn: Dept. 5
700 Civic Center Drive
Santa Ana, CA 92702

Office Of The State Attorney General
P O Box 85266
San Diego, CA 92186-5266

Writs & Appeal
Office Of The District Attorney
401 Civic Center Drive West
Santa Ana, CA 92701

2007 JUL 16 AM 9:10
ATTORNEY GENERAL
SAN DIEGO