# EXHIBIT F

RECEIVED IN CRIMINAL DOCKETING B.H.

Court of Appeal, Fourth Appellate District, Div. 3 - No. G038879
S154664

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re ANTHONY TOTTEN on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

SEP 2 5 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice