IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE TOTTEN, | Nos. C-05-1675 TEH (PR) |
| | C-05-1965 TEH (PR) |
| Petitioner, | C-07-5974 TEH (PR) |
| v. | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| A. KANE, Warden, et. al., | |
| Respondent(s). | (Doc. #11) |

On September 25, 2008, the Court denied Petitioner's applications for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' (BPH) January 27, 2003, June 29, 2004 and November 27, 2007 decisions to deny him parole.  Doc. #9.

Petitioner filed a notice of appeal, which the Court now construes as a request for a Certificate of Appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).  See Hayward v. Marshall, 603 F.3d 546, 552-56 (9th Cir. 2010) (en banc) (COA required regardless of whether state decision to deny release from confinement is administrative or judicial).

1           Petitioner's request for a COA (Doc. #11) is DENIED
2  because Petitioner has not made "a substantial showing of the denial
3  of a constitutional right."  28 U.S.C. §  2253(c)(2).  Nor has
4  Petitioner demonstrated that "reasonable jurists would find the
5  district court's assessment of the constitutional claims debatable
6  or wrong."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).
7           The Clerk shall forward to the Court of Appeals the case
8  file with this Order.  <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268,
9  1270 (9th Cir. 1997).
10
11          IT IS SO ORDERED.
12
13
14  DATED    07/12/10                  _____
                                        THELTON E. HENDERSON
15                                      United States District Judge
16
...
26  G:\PRO-SE\TEH\HC.07\Totten-07-5974-deny coa-post-hayward.wpd
27
28                                  **2**